STATE v. REUBEN GUTHRIE, WILLIAM BELL and BENNIE GARNER.

(Filed 28 September, 1927.)

Appeal by William Bell from *Cranmer, J.,* and a jury, at March Term, 1927, of Carteret. Reversed.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*S. H. Newberry for defendant, William Bell.*

Per Curiam. From a careful reading of the record in this action we are of the opinion that the evidence was not sufficient to be submitted to the jury. The judgment in the court below is
Reversed.

---

STATE v. DAVID MINTZ and HERBERT ANDREWS.

(Filed 5 October, 1927.)

Appeal by defendants from *Sinclair, J.,* at March Term, 1927, of Onslow. Indictment for larceny of a motor car.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*Summersill & Summersill for defendants.*

Per Curiam. The defendants excepted to the verdict and judgment. The verdict was warranted by the evidence and the judgment is in due form.
No error.